# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| UNITED STATES | ) | No. ACM S32853 |
| *Appellee* | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. WEERSMA | ) | |
| Senior Airman (E-4) | ) | |
| U.S. Air Force | ) | |
| *Appellant* | ) | Panel 1 |

On 28 July 2026, Appellant submitted a motion to withdraw from appellate review, along with a request to attach Appellant's DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 23 July 2026 and 28 July 2026, respectively.

The Government did not file a response.

Accordingly, it is by the court on this 4th day of August, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

AGNIESZKA M. GAERTNER, Capt, USAF
Commissioner